# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| ADAM COGHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-00119 |
| ) | |
| CLOUDZ VAPOR, LLC, ) | |
| d/b/a CLOUDZ VAPOR, ) | |
| ) | |
| CLOUDZ VAPOR WHOLESALE, LLC, ) | |
| d/b/a CLOUDZ VAPOR, ) | |
| ) | |
| CLOUDZ VAPOR MIDLOTHIAN, LLC, ) | |
| d/b/a CLOUDZ VAPOR, ) | |
| ) | |
| CLOUDZ VAPOR SHORT PUMP, LLC, ) | |
| d/b/a CLOUDZ VAPOR, ) | |
| ) | |
| AND ) | |
| ) | |
| TEJAN BHATT ) | |
| ) | |
| Defendants. ) | |

## VOLUTARY DISMISSAL

COMES NOW, the Plaintiff, Adam Coghill, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and dismisses his action against:

Cloudz Vapor Wholesale, LLC, d/b/a Cloudz Vapor;

Cloudz Vapor Midlothian, LLC, d/b/a Cloudz Vapor;

Cloudz Vapor Short Pump, LLC, d/b/a Cloudz Vapor; and

Tejan Bhatt.

Counsel for all defendants stipulate to the dismissal of the above-named defendants.

Also, by agreement of the parties Plaintiff agrees to dismiss Counts 1, 3, and 4 of the Complaint with prejudice.

Plaintiff's action against Cloudz Vapor, LLC d/b/a Cloudz Vapor will proceed accordingly.

WE ASK FOR THIS:

   */s/* Robert C. T. Reed
Derrick L. Walker (VSB No. 46490)
Robert C. T. Reed, Esq. (VSB No.: 78967)
ALLEN, ALLEN, ALLEN & ALLEN
1809 Staples Mill Road
Richmond, Virginia  23230
Telephone: (804) 257-7579
Facsimile: (866) 257-7589
Derrick.Walker@AllenandAllen.com
Robert.Reed@allenandallen.com
*Counsel for Plaintiff*

STIPULATED TO:

   */s/* Mark C. Nanavati w/ permission
Mark C. Nanavati, Esq. (VSB No. 38709)
Benjamin F. Dill, Esq. (VSB No. 93000)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
Telephone: (804) 893-3866
Facsimile: (804) 378-2610
mnanavati@snllaw.com
bdill@snllaw.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, a true and accurate copy of the foregoing Voluntary Dismissal was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

>  ___*/s/* Robert C. T. Reed___
> Derrick L. Walker (VSB No. 46490)
> Robert C. T. Reed, Esq. (VSB No.: 78967)
> ALLEN, ALLEN, ALLEN & ALLEN
> 1809 Staples Mill Road
> Richmond, Virginia 23230
> Telephone: (804) 257-7579
> Facsimile: (866) 257-7589
> Derrick.Walker@AllenandAllen.com
> Robert.Reed@allenandallen.com
> *Counsel for Plaintiff*