IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ADAM COGHILL,
          Plaintiff,

v.                                            Civil Action No. 3:21-cv-119

CLOUDZ VAPOR, LLC, et al.,
          Defendants.

### ORDER

On March 23, 2021, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to four of the defendants in this case: Cloudz Vapor Wholesale, LLC, d/b/a Cloudz Vapor; Cloudz Vapor Midlothian, LLC, d/b/a Cloudz Vapor; Cloudz Vapor Short Pump, LLC, d/b/a Cloudz Vapor; and Tejan Bhatt. (ECF No. 11.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to terminate Cloudz Vapor Wholesale, LLC; Cloudz Vapor Midlothian, LLC; Cloudz Vapor Short Pump, LLC; and Tejan Bhatt as defendants in this case.

Further, upon agreement and pursuant to Rule 41(a)(1)(A)(ii), the plaintiff agrees to dismiss Counts 1, 3, and 4 of his complaint with prejudice. (ECF No. 11.) The Court acknowledges this voluntary dismissal. Count 2 of the plaintiff's complaint will proceed against Cloudz Vapor, LLC d/b/a Cloudz Vapor.

Finally, the Court DISMISSES AS MOOT Tejan Bhatt's motion to dismiss, (ECF No. 7), and the motion to dismiss filed by Cloudz Vapor Wholesale, LLC; Cloudz Vapor Midlothian, LLC; Cloudz Vapor Short Pump, LLC; and Cloudz Vapor, LLC, (ECF No. 9).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date:   24 March 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge